**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3-15CR-0346D |
| JAMES COMBS, JR. | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Convicted Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about May 4, 2015, in the Dallas Division of the Northern District of Texas, the defendant, **James Combs, Jr.,** having being convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, to wit: a Smith & Wesson, model 5904, 9 millimeter pistol, bearing serial number TCS8017.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **James Combs, Jr.**, shall forfeit to the United States of America any firearm and ammunition involved in the commission of the respective offense, including but not limited to the following:

(1) a Smith & Wesson, model 5904, 9 millimeter pistol, bearing serial number TCS8017; and

(2) any ammunition recovered with this firearm.

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
ERRIN MARTIN
Assistant United States Attorney
Texas Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214-659-8838
Email: errin.martin@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

JAMES COMBS, JR.

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Convicted Felon in Possession of a Firearm

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

_____
DALLAS                                                                                                    FOREPERSON

Filed in open court this ___4th___ day of August, 2015.

_____
                                                                                                                  Clerk
**WARRANT TO ISSUE**
_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
No Magistrate Case Pending